3:22-CV-378-MMH-MCR

March 28, 2022

Joseph D. Johnson, DC#: JS6210
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344

United States District Court
Middle District of Florida
Jacksonville, FL Division
300 N. Hogan Street, Suite 9-150
Jacksonville, FL 32202

PROVIDED TO JEFFERSON C.I.
MAR 28 2022
FOR MAILING
RECEIVED BY

ATF Case No.: 767060-18-0011

Re: Request Information and/or All Writs Act 28 U.S.C.S. 1651(a),(b)

Clerk of Court, and District Court of
The United States - Middle District Court,

The Requestor and Petitioner pursuant to the First Amendment right to Petition Government for redress of Grievance and Fifth Amendment Due Process Clause, in ter alia Fourteenth Amendment Equal Protection of the law clause and/or by All Writs Act 28 U.S.C.S. 1651(a),(b), request and files the following in support:

1. On November 29, 2021 the Requestor/Petitioner (hereinafter "Petitioner") filed and sent a letter to the U.S. Dep't of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives on 5210 Belfort Pkwy, Suite 350, Jacksonville, FL 32256, requesting copies of reports and disposition of ATF Investigation Number 767060-18-0011 because Petitioner was the person being investigated yet no federal charges-indictment was filed, and Petitioner desired to know what federal judge signed or received any warrant to the recorded evidence

FILED 2022 APR -1 AM 8:55

acquired and listed in the attached ATF Reports. See attached Nov. 29, 2021 ATF request; See also attached 767060-18-0011 ATF reports from U.S. Dep't of Justice. (Exhibits "A", "B")

2. It has been 4 months to date and the U.S. Dep't of Justice-ATF Office has NEVER responded to the Petitioner's request. (Exhibit "A")(4 months)

Relief Sought

4. Demand The U.S. Dep't of Justice to comply with the Nov. 29, 2021 request attached;

5. Provide any information from this U.S.D.C. M.D. of Fla.-District Court Judge who was involved in signing any affidavits or warrants that authorized the evidence to be recorded and such "Rolling 20's" operation to be performed, such as wiretap like style recordings, or any other Fourth Amendment related or other Constitutional provided legal document either under rights to privacy, search, seizure, or any other protection to be performed without petitioner's knowledge, or any other materials to be collected, operated under, or performed under such United States authority; inter alia provided any and/or all dispositions or materials that are related to the aforementioned ATF Investigation Number: 767060-18-0011

6. The Petitioner Declares and Affirms pursuant to Fed. R. Evid. 43(d) that the facts stated herein are true and correct and that he is in fact the Joseph Dwayne Johnson that was investigated by the ATF - U.S. Dep't of Justice as listed in the aforestated reports. That no indictment was filed in, under the penalties of perjury anything to the contrary.

Wherefore, Petitioner request this U.S. District Court proceed without any further Stall, denial, or Delay.

### Certificate of Service

I hereby Certify that a true and correct copy of the foregoing has been placed in the hands of a Jefferson Correctional Institution Official to be mailed by U.S. mail to: U.S. Dep't of Justice Bureau of Alcohol, Tobacco, Firearms, etc., 5210 Belfort PKWY, Suite 350, Jacksonville, FL 32256; and This U.S. District Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202 and is deemed filed pursuant to Houston v. Lack, 487 U.S. 266 (1988) on this 28 day of March, 2022.

Declared, Affirmed, and Served By,

x Joseph Johnson
Joseph D. Johnson, DC#J56210
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344